*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

September 22, 2026

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
Room 6E
Trenton, NJ 08625

Re: Reeves v. County of Mercer, et al.
Civil Action No. 21-cv-14602

Dear Judge Bongiovanni:

The undersigned represents Non-Party, New Jersey State Police ("NJSP"), in the above-referenced matter. Please accept this status update as to Plaintiff's August 31, 2026 letter [ECF No. 113] and Your Honor's September 1, 2026 Text Order [ECF No. 114].

The NJSP Crime Scene Investigation Unit has advised that because the required viewer software is licensed and purchased through NJSP, the subject 3D laser scan data unfortunately cannot be produced in the format requested by Plaintiff. Rather, it appears that Plaintiff would have to obtain the software directly from the developer - Leica Geosystems. In light of this, NJSP submits that it has produced to Plaintiff all records it is able to provide.

If Your Honor has any questions or concerns, please contact me. Thank you.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Kevin J. Dronson

Kevin J. Dronson
Deputy Attorney General

Cc: Joseph Reeves (via email)
Counsel of Record (via ECF)