*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 0
TRENTON, NJ 08625-00

MIKIE SHERRILL
*Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

October 19, 2026

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
Room 6E
Trenton, NJ 08625

Re: Reeves v. County of Mercer, et al.
Civil Action No. 21-cv-14602

Dear Judge Bongiovanni:

The undersigned represents Non-Party, New Jersey State Police ("NJSP"), in the above-referenced matter. I have spoken to my client regarding Plaintiff's motion to compel [ECF No. 119], and NJSP has advised that the data produced to Mr. Reeves in this litigation is in the same form that would be provided to the prosecutor in the underlying criminal case. NJSP has, however, offered to allow Mr. Reeves and/or his expert to view the requested data in the office of NJSP's Crime Scene Investigation Unit. I have communicated this to Mr. Reeves, and he has proposed conducting some manner of in-camera review, the feasibility of which I will be discussing with NJSP. In light of this, it is respectfully requested that the deadline for NJSP's opposition to Plaintiff's motion to compel be extended an additional 14 days so as to facilitate a resolution. GRANTED

If Your Honor has any questions or concerns, please contact me. Thank you.

It is on this 20th day of October, 2026,
SO ORDERED.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni, U.S.M.J.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Kevin J. Dronson
Kevin J. Dronson
Deputy Attorney General

Cc: Joseph Reeves (via email)
Counsel of Record (via ECF)